

1  BENJAMIN B. WAGNER
   United States Attorney
2  OWEN J.M. ROTH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7



8
    IN THE UNITED STATES DISTRICT COURT
9
    EASTERN DISTRICT OF CALIFORNIA
10

11 | In the Matter of the Search of:

   CASE NO. 2:16-SW-0154 CKD

12 | information associated with
   "lovewilliams000@gmail.com", that is stored at
13 | premises controlled by Google Inc.

   ORDER NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF LEGAL PROCESS PURSUANT TO 18 U.S.C. § 2505(b)

14

15                                              **UNDER SEAL**

16

17     The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that

18 the Court issue an Order commanding Google Inc., an electronic communication service provider and/or

19 a remote computing service, not to notify any person (including the subscribers and customers of the

20 account(s) listed in the warrant of the existence of the attached warrant until further order of the Court.

21     The Court determines that there is reason to believe that notification of the existence of the

22 attached warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving

23 the Defendant, William R. Stanley, Jr., the opportunity to destroy or tamper with evidence, or cause

24 evidence to be destroyed or tampered with. *See* 18 U.S.C. § 2705(b).

25     IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Google Inc. shall not disclose

26 the existence of the attached warrant, or this Order of the Court, to the listed subscriber or to any other

27 person, unless and until otherwise authorized to do so by the Court, except that Google Inc. may disclose

28 the attached warrant to an attorney for Google Inc. for the purpose of receiving legal advice.

[PROPOSED] ORDER                                1

1    IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise
2  ordered by the Court.

Dated: 3/17/2016

_____
The Honorable Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE