1  BENJAMIN B. WAGNER
   United States Attorney
2  OWEN ROTH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

FILED

JUL 0 1 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 IN THE MATTER OF THE APPLICATION        2:16-SW-0150 CKD
   OF THE UNITED STATES OF AMERICA         2:16-SW-0151 CKD
12 FOR SEARCH WARRANTS CONCERNING          2:16-SW-0152 CKD
   INFORMATION ASSOCIATED WITH:            2:16-SW-0154 CKD
                                           2:16-SW-0155 CKD
13 YOUNGRIDER2003@YAHOO.COM                2:16-SW-0156 CKD
   WEDIDIT8085@GMAIL.COM
14 IRONFANGAZ223@GMAIL.COM                 [PROPOSED] ORDER TO UNSEAL SEARCH
   LOVEWILLIAMS000@GMAIL.COM               WARRANTS AND SEARCH WARRANT
15 NUTANCDEV81@GMAIL.COM                   AFFIDAVITS
   BEDROCKROCKA916@GMAIL.COM
16

17     Upon application of the United States of America and good cause having been shown,

18     IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby

19 ordered unsealed.

20
   Dated:  7-1-2016                        _____
21                                         The Honorable Edmund F. Brennan
22                                         UNITED STATES MAGISTRATE JUDGE